**Office of the United States Trustee**
**District of Minnesota**

| Case Name: | Barbara A. Wigley |
|---|---|
| Case Number: | 16-43707 |

**Summary of Cash Receipts and Disbursements**
**For the Quarter Ending 09-30-20**

| | Month Jul-20 | Month Aug-20 | Month Sep-20 | Total for Calendar Quarter Q3-2020 |
|---|---|---|---|---|
| Total Receipts | $ - | $ - | $ - | $ - |
| Total Disbursements | $ 500.00 | $ 500.00 | $ 500.00 | $ 1,500.00 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| N/A | | *[signature: Barbara Wigley]* |
|---|---|---|
| Preparer's Signature | | Debtor or Officer of Debtor |
| | | 10-20-20 |

| N/A | | **Barbara A. Wigley** |
|---|---|---|
| Print Name of Preparer | | Print Name of Signature |

Date